ISIDORE EPSTEIN and Another, Appellants, v. EAGLE INDEMNITY COMPANY, Respondent, Impleaded with Another, Defendant.— Order modified so as to permit plaintiffs to serve an amended complaint within twenty days upon payment of costs to date; and as so modified affirmed, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

GEORGE W. EVERITT and Another, Respondents, v. THE KING COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. There was no motion to dismiss upon the ground that plaintiff had not made out a cause of action, and the case was submitted to the jury on a concise charge defining the issue, as to which neither side took exception or presented any request for further instruction. The only motion to dismiss was upon the ground that the complaint failed to state a cause of action, and this motion was, we think, properly denied. There was evidence to sustain the finding of the jury on the issue submitted to them. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

STELLA FLEXSER, Respondent, v. ISRAEL LEWIS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Petition of JOSEPH F. CONRAN to Prove the Last Will and Testament of MARY McMANUS, Late of the County of Kings, Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent, payable by the appellants. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MORRIS A. JACOBSON, Appellant, v. AUGUSTUS L. REYNOLDS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HARRY KOVNER, Respondent, v. MAX FELDMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

PHILIP MANGER, Appellant, v. CHARLES F. GOLDING, Respondent.— Order denying motion to strike out counterclaim, and for judgment on the pleadings, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.